# Exhibit 3

Brad Wehner
839-4250
bwehner@mdn.net

Cars 5501:
DriveGreatLakesBay.com
Real Estate 5601:
GreatLakesBayListings.com

DEADLINES FOR THE MIDLAND DAILY NEWS CLASSIFIEDS ARE:
Tuesday – Friday: by 1 PM the day prior
Saturday: by 11 AM Friday
Monday: by 1 PM Friday

Legals:
legals@mdn.net
Classifieds:
classified@mdn.net
Help Wanted:
classified@mdn.net

Place a Classified
989-835-7171 ext. 2
Fax 989-794-6158

Midland DAILY NEWS & monster

Office Hours:
Mon.-Fri.
8:30 a – 5:00 p

# service directory

Place your Service Directory ad in the Midland Daily News and OurMidland

Call: (989) 839-4250

email: classified@mdn.net

## HOME IMPROVEMENT CONTRACTORS

**Hardwood Flooring**
Refinishing, Staining & Installing. Over 18 yrs. Experienced, fully insured.

Call Steve for
**Free Estimate:
989-488-3651**

**ALL HANDYMAN SERVICES LLC**

**WE DO IT ALL. THERE IS NO JOB TOO SMALL**

* House & deck power washing
* Window Washing
* Gutter clean outs
* Deck seal, stain & paint
*Mailbox repair
*Home Maintenance for the elderly

Over 30 years of professional experience

**Call Joe: 989-600-8690
ALLHANDYMAN SERVICESLLC.COM**

## FIREWOOD

**Cut & Split FIREWOOD for sale**
Call for prices
**Countryside Firewood
989-578-2347**

## IN-HOME CAREGIVERS

GREAT LAKES HOME CARE UNLIMITED

Offering over 29 years of experience in the home care setting. We provide all levels of home care services in the Great Lakes Bay Region with quality and compassion.

***Call Today*
(989) 486-8283**

4912 Mac Street
Midland, MI 48640
Fax: (989) 486-8284

**Hiring Caregivers/
CNA/MA/LPN/RN/BSN**

**WWW.GLHCU.COM/
CAREERS**

## HAULING/JUNK REMOVAL

Got a Mess?

Do you have a messy home or property? We can help! Heavy lifting, organization, cleaning, junk removal, and more. Call today for peace of mind. Michael Wechter (435) 213-5069

## BUSINESS SERVICES

**Stop Cleaning Gutters!**

**Canada's Top Rated Gutter Topper**
(Lifetime guarantee)

Will clean, caulk & tighten existing gutters before install

Prompt Service -
30 yrs. experience

***20% Senior Discount***

**989-522-4565**

Main Street Audio-Video

**Tape and DVD Duplication**

Transfer your old VHS, 8mm film, photos, slides audio tapes and flash drives to DVD's or CD's!!

Great gift Idea!
Quick Service!

**10% off labor with ad**

Main Street Audio Video
701 N. Mission
Mt. Pleasant
989-773-7370

CLASSIFIEDS

## LAWN CARE

LOCAL LABOR 989-708-3802
LAWN CARE • GUTTER CLEANING LANDSCAPING

GUTTER CLEANING, LANDSCAPING, LAWNCARE, SHED DEMO/REMOVAL- VOTED #1 IN READERS CHOICE AWARDS- FULLY INSURED-
**LOCAL LABOR
989-708-3802**

SAVING GRACE LAWN CARE
**CONTACT US ABOUT MOWING, FERTILIZATION, SPRING/FALL CLEAN-UP, MULCHING, SHRUB TRIMMING AND WEEDING SERVICES**

Wayne Coffman Owner
989-207-1167
savinggracelawncare@gmail.com
OR
www.savinggracelawncare.com

**Todd's Lawn Maintenance LLC**

**Quality at a reasonable price!**
Contact me for spring & fall clean up, mowing, edging, and trimming.

**Cell: 989-294-3680
Home: 989-689-1087**

We are making a difference.
Midland Daily News

## GREENDALE TOWNSHIP PLANNING COMMISSION
## NOTICE PUBLIC HEARING – April 25, 2022

The Greendale Township Planning Commission will hold a public hearing on Monday, April 25, 2022, at 7 PM, at the Greendale Township Hall, 4750 West Isabella Road, Shepherd, MI 48883. The Hearing is regarding the comprehensive revisions to the Township's Zoning Ordinance. The revisions include changes to the following chapters:

- Article 1 – Short Title and Purpose, Sections 1.03 through 1.07.
- Article 3 – Definitions
- Article 4 – General Provisions, Sections 4.02, 4.10 through 4.13, 4.15 through 4.18, 4.23, 4.24, 4.27, and 4.30 through 4.34.
- Article 5 – District Regulations and Zoning Map, Sections 5.02 and 5.03.
- Article 6 – AG Agricultural District, Sections 6.02 through 6.04.
- Article 7 – R-1 Single Family Residential District, Sections 7.02 through 7.04.
- Article 8 – R-2 Single Family/Two Family Residential District, Sections 8.02 through 8.04.
- Article 9 – R-3 Multiple Family Residential District, Sections 9.02 through 9.04.
- Article 10 – CONS Conservation District, Sections 10.02 through 10.04.
- Article 11 – C-1 Neighborhood Commercial District, Sections 11.02 through 11.04.
- Article 12 – C-2 Highway Commercial District, Sections 12.02 through 12.04.
- Article 13 – IND Industrial District, Sections 13.02 through 13.05.
- Article 14 – Schedule of Regulations, Sections 14.02 and 14.04.
- Article 15 – Site Plan Review, Sections 15.01 through 15.08.
- Article 16 – Special Use Permits, Sections 16.03 through 16.06, 16.20, 16.32, 16.33, 16.34, and 16.35.
- Article 17 – Zoning Board of Appeals, Sections 17.01 through 17.08, and 17.10 through 17.11.
- Article 18 – Open Space Preservation, Sections 18.01 and 18.02.
- Article 19 – Administration, Enforcement, Violations and Penalties, and Amendments, Sections 19.01 through 19.06.

At this time, all interested parties will be heard on the adoption of the revised Zoning Ordinance for the regulation of land development and the continuance of zoning districts that regulate the use of land and structures in Greendale Township and to promote public health, safety, and welfare.

Copies of the proposed revisions to the Township's Zoning Ordinance are online at https://greendaletwpmidcomi.org/ and at the Greendale Township Hall, 4750 West Isabella Road, Shepherd, MI 48883. Written comments on the application can be sent to the Township Hall up to and including the day of the public hearing. Individuals with disabilities requiring auxiliary aids or services planning to attend the public hearing should notify the Township at (989) 317-3337 at least two days before the public hearing.

Ruth L Knapp
Clerk, Greendale Township
(989) 317-3337

## 5001 Legals

State of Michigan
County of Midland
NOTICE TO CREDITORS
DECEDENT'S ESTATE

In re: George F. Gillette and Jeanette L. Gillette Trust
Date of Trust: August 18, 2010

NOTICE TO CREDITORS:

George F. Gillette and Jeanette L. Gillette, who lived at 3201 Greenway Dr., Midland, MI 48642 died Dec. 8, 2021 and April 4, 2022 respectively. Creditors of the decedents are notified that all claims against the decedents, their probate estates and Trusts will be forever barred unless presented to Jean L. Langrill, Trustee, at the address below, within 4 months after the date of publication of this notice.

Date: April 8, 2022

Jean L. Langrill, Trustee
4615 Concord Ct
Midland, MI 48642
989-631-6235

Barry B. George, Of Counsel
Gambrell and Associates PLC
240 W. Main St., Suite 1000
Midland, MI 48640
(989) 631-7626

**STATE OF MICHIGAN
JUDICIAL COURT-
FAMILY DIVISION
MIDLAND COUNTY**

**PUBLICATION OF NOTICE OF HEARING FOR NAME CHANGE**

**CASE NO. and JUDGE
22-2199-NC
Honorable Dorene S. Allen**

In the matter of Joshua David Thompson

TO ALL PERSONS, including:

whose address is unknown and whose interest in the matter may be barred or affected by the following:

**TAKE NOTICE**: A hearing will be held on Thursday, May 5, 2022 at 9:30 a.m. at Midland County Probate Court, 301 W. Main Street, Midland, MI 48640 before Judge Dorene S. Allen to change the name of:

Joshua David Thompson to Josephine Davina Thompson

## 5002 Announcements & Events

EARN $15,000 - $40,000 OVER 5 YEARS. #1 Hunting Lease Company in America. Customize your contract. Call Base Camp Leasing (888) 871-1982

**Looking for good samaritans!!!**

Husband worked for Dow for 30 years. 4 Generations of Garcia's on Poseville Rd in Midland. Dad, husband & son have all passed away. Now losing our home (kicked out) because the financing company went under. If anyone can help, please call 989-205-4544

Now taking reservations for weddings, reunions & graduation parties at the Gully Banquet Hall. For more information, call Jerry 989-859-0755

## 5011 Cards of Thanks

NOVENA TO St. Jude. O Holy St. Jude, apostle and martyr, great in virtue and rich in miracles, near kinsman of Jesus Christ, faithful intercessor of all who invoke your special patronage in time of need, to you I have recourse from the depth of my heart and humbly beg to whom God has given such great power to come to my assistance. Help me in my present urgent petition. In return, I promise to make your name known and cause you to be invoked. Say three Our Fathers, three Hail Mary's and three Gloria's. This prayer must be said for nine consecutive days and publication must be promised. This has never been known to fail.

Thank you St. Jude for prayers answered.

## 5101 Employment

Immediate Lawn Care and Landscaping, All Positions, Full and Part Time, Starting at $15/hr

Email resumes to
**info@allseasonsmidland.com**
or call 989-948-9799

## 5240 Miscellaneous Articles

Eliminate gutter cleaning forever! LeafFilter, the most advanced debris-blocking gutter protection. Schedule a FREE LeafFilter estimate today. 15% off Entire Purchase. 10% Senior & Military Discounts. Call 1-866-495-1709

SOYBEAN WHITE MOLD have you worried this year? We want to help with a winning strategy for 2022. Call Gary, Heads Up Plant Protectants 517/930-5370

## 5310 Cemetery Lots

Two roadside plots in Garden of the Apostles at Midland Memorial Gardens on Meridian Rd. $2,500. 989-240-9010

## 5390 Want to Buy/Trade

****WANTED TO BUY****

Collector buying all WWI, WWII, Korea, Vietnam, US, German & Japanese Military Items.

CASH PAID!!!

Call Steve at (989) 430-6321

## 5501 Automobiles

**SUDERMANS
CAR CARE**
855 E. Isabella Rd.
(4 1/4 miles west of Midland on M-20)

**2014 Chevy Impala Limited**
Black, new tires and breaks fresh tune up
179K miles
**$8,400.00**

**2006 Saturn Ion - Level 3**
Gold, new shocks, struts, & brakes, 134K miles
**$5,495.00**

**989-631-6910** or
**989-430-4710** (Kevin)

### 5530 Vehicles Wanted



**Paying Cash for Junk Cars or Repairable Cars**

Auto-Truck-RV-ORV-
All Vehicles considered.
We pick up

989-689-4732

### 5601 Real Estate For Sale

Double wide (2002), like new. Furnished! Clean and neat ! 6" walls, Attached garage - Lot fee is $400 per month. $74,300. Call 989-280-2622

### 5701 For Rent

**ROOM RENTALS**

Rooms for rent, No credit check, No deposit, All utilities included, Free cable TV and Wi-Fi, Indoor heated pool. Econo Lodge Inn and Suites, Auburn, Michigan
Call 989-662-7888

**COMMERCIAL RENTALS**

DOWNTOWN MIDLAND
COMMERCIAL, RETAIL &
OFFICE SPACE
1,600-2,000 SQ FT
989-513-4444

**CLASSIFIEDS**

### THERE'S NO EXCUSE FOR DOMESTIC VIOLENCE.

*For information on how you can help stop domestic violence, call us.*

## 1-800-END ABUSE

*Family Violence Prevention Fund*

### NOTICE OF ADOPTION
### VILLAGE OF SANFORD, MIDLAND COUNTY, MICHIGAN
### MARIJUANA ESTABLISHMENT ZONING ORDINANCE AMENDMENT
### ORDINANCE NO. 42

PLEASE TAKE NOTICE THAT, on April 6, 2022, Village Council of the Village of Sanford adopted the Village of Sanford Michigan Regulation and Taxation of Marijuana Ordinance, Ordinance No. 42,an Ordinance to amend the Village of Sanford Zoning Ordinance, as amended, to provide for the regulation of Adult-Use Marijuana Establishments; designate such Establishments and Operations as special uses; and to amend the Zoning Ordinance Map of the Village of Sanford to establish a Marijuana Overlay District over certain parcels in the Village in order to maintain the public health, safety and welfare of the residents of and visitors to the Village of Sanford. A true copy of the Ordinance is available for inspection and may be obtained at the temporary offices of the Village of Sanford at 737 W. Beamish Road, Sanford, MI 48657.

The Ordinance has the following sections and catch lines: Section 1. Amendment of Chapter 1, Section 1.14, Definitions-M; Section 2. Amendment to add Chapter 11A, Marijuana Overlay District; Section 3. Amendment of Chapter 15, Special Land Uses, Section 15.1, Application Procedures; Section 4. Amendment of Chapter 15, Special Land Uses, Section 15.2, Notification, Hearing, and Review Procedures; Section 5. Amendment to Chapter 15, Special Land Uses, Section 15.6, Special land use specific design standards to add subsection HH, Marijuana Establishment; Section 6. Severability; Section 7. Repeal; and Section 8. Effective Date, which is seven (7) days after publication of this Notice.

Aileen Acker, Clerk
Village of Sanford
(989) 488-4578 Ext. 11



### NOTICE OF ADOPTION
### VILLAGE OF SANFORD, MIDLAND COUNTY, MICHIGAN
### ORDINANCE AUTHORIZING AND PERMITTING
### ADULT-USE MARIJUANA ESTABLISHMENTS
### ORDINANCE NO. 43

PLEASE TAKE NOTICE THAT, on April 6, 2022, Village Council of the Village of Sanford adopted the Village of Sanford Michigan Regulation and Taxation of Marijuana Ordinance, Ordinance No. 43, which implements the provisions of the Michigan Regulation and Taxation of Marihuana Act, Initiated Law 1 of 2018, authorizes the licensing and regulation of adult-use Marijuana Establishments and affords the Village the option whether or not to allow Marijuana Establishments; to regulate adult-use Marijuana Establishments by requiring a Permit and compliance with requirements as provided in the Ordinance, in order to maintain the public health, safety and welfare of the residents of and visitors to the Village. A true copy of the Ordinance is available for inspection and may be obtained at the temporary offices of the Village of Sanford at 737 W. Beamish Road, Sanford, MI 48657.

The Ordinance has the following sections and catch lines: Section 1. Title; Section 2. Definitions; Section 3. Permit Required; Number of Permits Available; Eligibility; General Provisions; Section 4. Other Laws and Ordinances; Section 5. Application for, Renewal of, and Transfer of Permits; Section 6. Operational Requirements–Marijuana Establishment; Section 7. Penalties and Consequences for Violation; Section 8. Severability; Section 9. Savings Clause; Section 10. Repeal, including repeal of the Village of Sanford Prohibition of Marihuana Establishments Ordinance; and Section 11. Effective Date, which is 20 days following publication of this Notice.

Aileen Acker, Clerk
Village of Sanford
(989) 488-4578 Ext. 11



Check out our business & services In the classifieds everyday!