# Exhibit 4

**From:** Matthew Kuschel <MKuschel@fsbrlaw.com>
**Date:** Thursday, June 2, 2022 at 2:08 PM
**To:** Hannah Stocker <hannah@stockerlawpllc.com>
**Cc:** William Fahey <wfahey@fsbrlaw.com>
**Subject:** RE: Sanford - Special Use Permit

Thanks for your note, Ms. Stocker. I'm sorry I wasn't able to respond immediately on Tuesday.

It seems we did not receive an electronic copy and thus I cannot determine whether the application is sufficient to set a public hearing. In short, the application is incomplete for failure to include an electronic copy pursuant to Zoning Ordinance Section 15.1(A)(1).

The Planning Commission met for the second time last week but had to adjourn one item (they only review one SUP per meeting under the ordinance). Before the PC can re-engage that, the applicant must cure identified deficiencies. The next Planning Commission meeting is scheduled for Tuesday 12 July 2022.

Can you please provide an electronic copy? We can then work to schedule an public hearing that will be convenient for your client.

Regards,

Matt

**Matthew A. Kuschel**

Associate  •  Fahey Schultz Burzych Rhodes

Direct: 517.381.3162  •  Cell: 517.927.7300
Office: 517.381.0100  •  Fax: 517.381.5051
fsbrlaw.com  •  mkuschel@fsbrlaw.com

4151 Okemos Road, Okemos, MI 48864 USA
ᐁ U.S. News & World Report Ranked Best Law Firm

**From:** Hannah Stocker <hannah@stockerlawpllc.com>
**Sent:** Thursday, June 2, 2022 1:52 PM
**To:** Matthew Kuschel <MKuschel@fsbrlaw.com>
**Subject:** Re: Sanford - Special Use Permit

Hi Matt,

I am following up on this. Please advise.

Thank you.

Hannah Stocker
Attorney at Law
23332 Farmington Rd. #98
Farmington, MI 48336
P: 248-252-6405

**From:** Hannah Stocker <hannah@stockerlawpllc.com>
**Date:** Tuesday, May 31, 2022 at 1:51 PM
**To:** Matthew Kuschel <mkuschel@fsbrlaw.com>
**Subject:** Sanford - Special Use Permit

Good afternoon Matt,

I am reaching out on behalf of Sam Pernick in regards to a Special Use Land Permit application he submitted sometime in early May. Could you please advise as to the status of this application and if the Planning Commission has set a date for hearing yet?

Additionally, please advise if the City plans on opening its window for marihuana license applications prior to the assessment of all pending special use land permit application.

Please advise or feel free to give me a call on this one. My number is 248-252-6405.

Best,

Hannah Stocker
Attorney at Law
23332 Farmington Rd. #98
Farmington, MI 48336
P: 248-252-6405