# Exhibit 5

On Jun 14, 2022, at 11:29 PM, Matthew Kuschel <MKuschel@fsbrlaw.com> wrote:

Dear Ms. Stocker:

Thank you for providing the electronic version of the site plan in support of the special use permit application. Upon review the following items remain outstanding:

1. General Topographical features, including contours at no greater than two feet pursuant to Zoning Ordinance Section 14.1(C)(2)(a)(2)(viii).

2. The gross area in parking, private streets and drives, and open space was not provided pursuant to Section 14.1(C)(2)(a)(2)(ix).

3. A proposed method of providing storm drainage was not shown pursuant to Section 14.1(C)(2)(a)(2)(xii).

4. An occupant load is provided but not a computation of parking pursuant to Section 14.1(C)(2)(a)(2)(xiii). Under Section 11A.6, the Establishment must have one (1) space for each 100 square feet of usable floor area, plus (1) space for the maximum number of employees on the premises at any one time.

Please let me know how your client would like to proceed.

Further, as you may know, the other special use permit application considered by the Planning Commission was received on 16 April 2022 but was not heard until 24 May 2022. Thus, our current timeline is not outside the norm.

Finally, I did not see your client at the meeting last night; the Village Council did vote to open an application window until 17 June 2022 at 7:00 p.m.

Please let me know if you have any questions, comments, or concerns.

Regards,

Matt

<image001.png>   **Matthew A. Kuschel**
Associate • Fahey Schultz Burzych Rhodes

Direct: 517.381.3162 • Cell: 517.927.7300
Office: 517.381.0100 • Fax: 517.381.5051
fsbrlaw.com • mkuschel@fsbrlaw.com

4151 Okemos Road, Okemos, MI 48864 USA
∇ U.S. News & World Report Ranked Best Law Firm