# Exhibit 6

## VILLAGE COUNCIL OF THE VILLAGE OF SANFORD

## RESOLUTION TO DENY
## HP SANFORD LLC SPECIAL LAND USE APPLICATION

At a regularly scheduled meeting of the Village Council of the Village of Sanford, Midland County, ("Village") held at the temporary Village Office in the Jerome Township Hall located at 737 W. Beamish Rd, Sanford, MI 48657, on the 8th of August 2022 at 7:00 p.m.

PRESENT: _Lon Wackerle, Carl Hamann, Martina Richards, Dolores Porte_

ABSENT: _Marc Thrush_

The following resolution was offered by _Carl H._ and supported by _Lon W._:

**WHEREAS**, HP Sanford LLC ("Applicant") delivered a physical application for a Marijuana Retailer Establishment special land use permit to the Jerome Township Clerk on or about May 10, 2022 which was delivered to the Village Zoning Administrator; and

**WHEREAS**, the completed the application with delivery of an electronic copy of the application June 10, 2022 and additional topographic and site plan material submitted on July 12, 2022; and

**WHEREAS**, the application is for the real property at 2045 N. Meridian Road, Sanford, Mich., a 1 acre parcel identified as Parcel No 081-024-400-050-00 (the "Subject Property"); and

**WHEREAS**, following a public hearing, on July 12, 2022 the Planning Commission recommended denial of the Special Use Permit because it is within 1,000 feet of an authorized marijuana retailer at 2023 North Meridian Road, Sanford, MI 48657.

**NOW, THEREFORE, BE IT RESOLVED** by the Village Council for the Village of Sanford, Midland County, that:

1. It has reviewed the application submitted by HP Sanford LLC.
2. The Village Council granted a special use permit for the property at 2023 North Meridian Road, Sanford, MI 48657 on June 13, 2022.
3. The Subject Property is less than 500 feet from 2023 North Meridian Road.

4. Zoning Ordinance Section 11A.5(3) requires that "no Marijuana Establishment shall be located within one thousand (1,000) feet from any other licensed or permitted Marijuana Establishment."

**NOW, THEREFORE, BE IT FURTHER RESOLVED** that following review of the application submitted by HP Sanford LLC the Village Council **DENIES** the application for a Marijuana Retailer Establishment special land use permit at the Subject Property because:

1. The Subject Property is located within 1,000 feet from another permitted Marijuana Retailer in violation of Zoning Ordinance Section 11A.5(3).

2. The Enlarged Floor Plans submitted June 10, 2022 and July 12, 2022 do not contain dimensions for either the Waiting & Reception room or the Show Area and the useable floor area and resulting parking calculations cannot be verified under Section 11A.6.

ADOPTED:

YEAS: Carl Hamann, Martina Richards, Lon Wackerle, Dolores Porte

NAYS: none

CERTIFICATION

STATE OF MICHIGAN       )
                        ) ss
COUNTY OF MIDLAND       )

I, Roberta Thrush , the duly qualified and acting Clerk of the Village of Sanford, DO HEREBY CERTIFY that the foregoing is a true and complete copy of certain proceedings taken by the Village Council of the Village of Sanford at a meeting held on the 8th of August 2022.

Clerk, Village of Sanford