UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HP SANFORD, LLC,

    Plaintiff,

v

VILLAGE OF SANFORD,

    Defendant.

Case No. 22-cv-12175-LVP-CI

HON. LINDA V. PARKER

| Anderson J. Grandstaff (P81331) | Christopher S. Patterson (P74350) |
|---|---|
| Attorney for Plaintiff | Matthew A. Kuschel (P76679) |
| 1812 Crestline Dr. | *Fahey Schultz Burzych Rhodes PLC* |
| Troy, MI 48083 | Attorneys for Defendant |
| Anderson.j.grandstaff@gmail.com | 4151 Okemos Road |
|  | Okemos, MI 48864 |
|  | (517) 381-0100 |
|  | cpatterson@fsbrlaw.com |
|  | mkuschel@fsbrlaw.com |

## APPEARANCE

    Christopher S. Patterson of FAHEY SCHULTZ BURZYCH RHODES PLC hereby enters his Appearance on behalf of Defendant, VILLAGE OF SANFORD, in the above-entitled matter.

Respectfully submitted,

Fahey Schultz Burzych Rhodes PLC
Attorneys for Defendant

Dated: September 27, 2022

By: /s/ Christopher S. Patterson
Christopher S. Patterson (P74350)
Matthew A. Kuschel (P76679)
4151 Okemos Road
Okemos, MI 48864
(517) 381-0100