UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HP SANFORD, LLC,

      Plaintiff,

v

VILLAGE OF SANFORD,

      Defendant.

Case No. 22-cv-12175-LVP-CI

HON. LINDA V. PARKER

| Anderson J. Grandstaff (P81331)<br>Attorney for Plaintiff<br>1812 Crestline Dr.<br>Troy, MI 48083<br>Anderson.j.grandstaff@gmail.com | Christopher S. Patterson (P74350)<br>Matthew A. Kuschel (P76679)<br>*Fahey Schultz Burzych Rhodes PLC*<br>Attorneys for Defendant<br>4151 Okemos Road<br>Okemos, MI 48864<br>(517) 381-0100<br>cpatterson@fsbrlaw.com<br>mkuschel@fsbrlaw.com |
|---|---|

## APPEARANCE

    Matthew A. Kuschel of FAHEY SCHULTZ BURZYCH RHODES PLC hereby enters his Appearance on behalf of Defendant, VILLAGE OF SANFORD, in the above-entitled matter.

Respectfully submitted,

Fahey Schultz Burzych Rhodes PLC
Attorneys for Defendant

Dated: September 27, 2022

By: *Matthew Kuschel*
Christopher S. Patterson (P74350)
Matthew A. Kuschel (P76679)
4151 Okemos Road
Okemos, MI 48864
(517) 381-0100