# EXHIBIT A
Application Authorization 4/28/22

## APPLICATION AUTHORIZATION

I, Glenn Dixon, the owner of the property located at 2045 N Meridian, Sanford ("the Property"), hereby provide consent for HP Sanford LLC to apply for a marihuana retailer license and a special land use approval for the Property.

Signed By:

*Glenn E Dixon*

dotloop verified
04/28/22 12:26 PM EDT
D3X9-7S19-VRFY-P2KX

Glenn Dixon
Its: Authorized Signatory