UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HP SANFORD, LLC,

    Plaintiff,

v.

                                    Civil Case No. 22-12175
                                    Honorable Linda V. Parker

VILLAGE OF SANFORD,

    Defendant.
_____/

## JUDGMENT

Plaintiff filed this lawsuit against Defendant on September 13, 2022, alleging federal and state law claims. Defendant filed a motion to dismiss, which this Court granted in a decision on today's date. The Court also denied Plaintiff's motion for a preliminary injunction with prejudice to the extent based on the claims dismissed on the merits (Counts I and II) and without prejudice to Plaintiff's state law claim over which the Court declined to exercise supplemental jurisdiction (Count III).

In accordance with that decision,

**IT IS HEREBY ORDERED AND ADJUDED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** as to Counts I and II and **DISMISSED**

**WITHOUT PREJUDICE** as to Count III.

                                          s/ Linda V. Parker
                                          LINDA V. PARKER
                                          U.S. DISTRICT JUDGE

Dated: May 9, 2023